UNITED STATES DISTRCIT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ACCENT CONSULTING GROUP, INCORPORATED, and BRENDA MARIE STEPHENS, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )  Case No. 1:22-cv-01767-JMS-TAB<br>) |
| GREAT AMERICAN ASSURANCE COMPANY, | )<br>)<br>) |
| Defendant. | )<br>) |
| GREAT AMERICAN ASSURANCE COMPANY, | )<br>)<br>) |
| Counter-Plaintiff, | )<br>) |
| v. | )<br>) |
| ACCENT CONSULTING GROUP, INCORPORATED, and BRENDA MARIE STEPHENS, | )<br>)<br>)<br>) |
| Counter-Defendants. | ) |

**GREAT AMERICAN ASSURANCE COMPANY'S
COUNTER-COMPLAINT FOR DECLARATORY JUDGMENT**

Counter-Plaintiff, Great American Assurance Company ("Great American"), by and through its attorneys, and for its Counter-Complaint for Declaratory Judgment against the Counter-Defendants, Accent Consulting Group Incorporated ("Accent") and Brenda Marie Stephens ("Stephens"), hereby states as follows:

**THE PARTIES**

1. Plaintiff/Counter-Defendant Accent is a for-profit company registered to do business in the State of Indiana, with its principal place of business located in Marion County, Indiana, and is a citizen of the State of Indiana.

1

276185287v.1