UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ACCENT CONSULTING GROUP, INCORPORATED and BRENDA MARIE STEPHENS, <br><br> *Plaintiffs*, <br><br> v. <br><br> GREAT AMERICAN ASSURANCE COMPANY, <br><br> *Defendant.* <br><br> ──────────────────────── <br><br> GREAT AMERICAN ASSURANCE COMPANY, <br><br> *Counter Claimant*, <br><br> v. <br><br> ACCENT CONSULTING GROUP, INCORPORATED and BRENDA MARIE STEPHENS, <br><br> *Counter Defendants*. | No. 1:22-cv-01767-JMS-CSW |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58

For the reasons set forth in the Court's Order entered on May 20, 2024, [Filing No. 98], the Court now enters **FINAL JUDGMENT** as follows:

- Against Plaintiffs and in favor of Defendant, such that Plaintiffs shall take nothing by way of their Complaint; and

- Against Counter Defendants and in favor of Counter Claimant, such that Real Estate Professional Errors & Omissions Insurance Policy, No. RAB3082190-21 is rescinded, as Accent Consulting Group, Inc. has been refunded Insurance Policy premiums in the amount of $1,109.00.

May 31, 2024

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____

Deputy Clerk, U.S. District Court


Distribution:

Kimberly E. Blair
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
kimberly.blair@wilsonelser.com

Michael A. Kreppein
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
michael.kreppein@wilsonelser.com

Rafael Ramirez
RAMIREZ LAW OFFICE, P.C.
rafael@ramirez-law.com

Joseph J. Stafford
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
joseph.stafford@wilsonelser.com